ACCEPTED
08-18-00079-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 8:58 AM
DENISE PACHECO
CLERK

| | |
|---|---|
| **Appellate Docket Number:** 08-18-00079-CR | |
| **Appellate Case Style:** | |
| **Vs.** STEPHANIE FERNANDEZ | |
| **Companion Case(s):** | |

Amended/Corrected Statement

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 8:58:08 AM
DENISE PACHECO
Clerk

# DOCKETING STATEMENT (Criminal)

Appellate Court:      Select

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | III. Appellee |
|---|---|
| Name: STEPHANIE FERNANDEZ | Name: THE STATE OF TEXAS |
| Appellant Incarcerated?  × Yes      No | Appellee Incarcerated?      Yes  × No |
| Bond Amount: $ 0.00 | Bond Amount: |
| Pro Se | Pro Se |
| *If Pro Se Party, enter the following information:* | *If Pro Se Party, enter the following information:* |
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |
| **II. Appellant Attorney(s)** | **IV. Appellee Attorney(s)** |
| × Lead Attorney          Public Defender | Lead Attorney          District/County Attorney |
| Name:  TODD MORTEN | Name:  JAIME ESPARZA |
| Bar No.  24099592 | Bar No.  06666450 |
| Firm/Agency: EL PASO COUNTY PUBLIC DEFENDER'S | Firm/Agency: 34TH JUDICIAL DISTRICT ATTORNEY |
| Address 1: 500 E. SAN ANTONIO / SUITE 501 | Address 1: 500 E. SAN ANTONIO / 2ND FLOOR |
| Address 2: | Address 2: |
| City/State/Zip: EL PASO, TX 79901 | City/State/Zip: EL PASO, TX 79901 |
| Tel. (915) 546-8185          Ext. | Tel. (915) 546-2059          Ext. |
| Fax: (915) 546-8186 | Fax: (915) 533-5520 |
| Email: TMorten@epcounty.com | Email: JEsparza@epcounty.com |
| Lead Attorney          Select | Lead Attorney          Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |

## V.  Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject Matter or Type of Case):

Homicide

Type of Judgment:

Jury Trial

Date Trial Court imposed or suspended sentence in open court or date Trial Court entered appealable order:

Offense Charged:

CAPITAL MURDER BY TERROR THREAT/OTHER FEL

Date of Offense: 05/07/2017

Defendant's Plea: Not Guilty

If guilty, does defendant have the Trial Court's Certificate to Appeal?     Yes     No

Was the Trial by:  ✕ Jury     Non-Jury

Date Notice of Appeal filed in Trial Court:

05/09/2018

If mailed to the Trial Court clerk, also give the date mailed:

Punishment Assessed:

LIFE W/OUT POSSIBILITY OF PAROLE

Is the Appeal from the pre-trial order?     Yes     No

Does the Appeal involve the constitutionality or the validity of a statute, rule or ordinance?
         Yes     No

## VI.  Actions Extending Time To Perfect Appeal

Motion for New Trial:              ✕ Yes     No  If yes, date filed: 04/20/2018

Motion in Arrest of Judgment:      Yes   ✕ No  If yes, date filed:

Other:                             ✕ Yes     No  If yes, date filed:

If Other, please specify:

## VII.  Indigency of Party (Attach file stamped copy of Motion and Affidavit)

Motion and Affidavit filed:     ✕ Yes     No     N/A     If yes, date filed: 05/09/2018

Date of Hearing: 04/26/2018                    N/A

Date of Order:                                 N/A

Ruling on Motion:     Granted     Denied     N/A     If granted or denied, date of ruling:

## VIII. Trial Court and Record

Court: 210TH JUDICIAL DISTRICT COURT

County: EL PASO COUNTY

Trial Court Docket No. (Cause No.):
   20170D03993

Trial Court Judge (who tried or disposed of the case):

   Name: GONZALO GARCIA

   Address 1: 500 E. SAN ANTONIO / SUITE 1005

   Address 2:

   City/State/Zip: EL PASO, TX 79901

   Tel. (915) 546-2130          Ext.

   Fax: (915) 546-2031

   Email: GoGarcia@epcounty.com

**Clerk's Record**

Trial Court Clerk: × District        County

Was Clerk's record requested?: × Yes        No

   If yes, date requested: 05/09/2018

   If no, date it will be requested:

Were payment arrangements made with clerk?
          Yes        No     × Indigent

---

**Reporter's or Recorder's Record**

Is there a Reporter's Record?     × Yes        No

Was Reporter's Record requested?:     × Yes        No

   If yes, date requested: 05/09/2018

   If no, date it will be requested:

Was the Reporter's Record electornically recorded?     × Yes        No

Were payment arrangements made with the court reporter/court recorder?        Yes        No     × Indigent

---

☒ Court Reporter     ☐ Court Recorder
☐ Official           ☐ Substitute

Name: ERICA WRIGHT

Address 1: 500 E. SAN ANTONIO / SUITE 1005

Address 2:

City/State/Zip: EL PASO, TX 79901

Tel. (915) 546-2130          Ext.

Fax: (915) 546-2031

Email: EWright@epcounty.com

Court Reporter     Court Recorder
Official           Substitute

Name:

Address 1:

Address 2:

City/State/Zip:

Tel.                    Ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court        Docket:

Style:

   Vs.

---

Court: Select Appellate Court        Docket:

Style:

   Vs.

---

Court: Select Appellate Court        Docket:

Style:

   Vs.

---

Court: Select Appellate Court        Docket:

Style:

   Vs.

---

Court: Select Appellate Court        Docket:

Style:

   Vs.

---

Court: Select Appellate Court        Docket:

Style:

   Vs.

## X. Signature

|  | 05/18/2018 |
| --- | --- |
| Signature of counsel (or Pro Se Party) | Date |
| Todd D. Morten | 24099592 |
| Printed Name | State Bar No. |
| /s/Todd D. Morten | Todd D. Morten |
| Electronic Signature (Optional) | Name |

## XI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows:

                            /s/Todd D. Morten

| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| --- | --- |
| 24099592 |  |
| State Bar No. |  |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

Date Served: 05/18/2018

Manner Served: Select

Name: JAIME ESPARZA

Bar No. 06666450

Firm/Agency: 34TH JUDICIAL DISTRICT ATTORNEY

Address 1: 500 E. SAN ANTONIO / 2ND FLOOR

Address 2:

City/State/Zip: EL PASO, TX 79901

Tel. (915) 546-2059                    Ext.

Fax: (915) 533-5520

Email: JEsparza@epcounty.com

---

Date Served:

Manner Served: Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.                              Ext.

Fax:

Email:

---